

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2015

No. 04-15-00068-CV

John M. **DONOHUE**,
Appellant

v.

**SAN ANTONIO POLICE DEPARTMENT, ET AL,**
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-12457
Honorable Laura Salinas, Judge Presiding

# O R D E R

      Appellant, an inmate acting pro se, filed a notice of appeal with this court on February 6, 2015. In his notice of appeal, appellant lists his address as a unit within the Texas Department of Criminal Justice—Institutional Division. Appellant also filed an affidavit of indigency in this court, asserting he cannot pay costs.

      Because appellant is an inmate and asserts he cannot pay costs, he must file in this on or before **April 6, 2015**: (1) a separate affidavit listing the previous pro se actions he has filed; and (2) a certified copy of his inmate trust account statement. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 14.002(a) (West Supp. 2014) (applying affidavit and other requirements to inmate appeals effective January 1, 2012); *id.* § 14.004 (requiring pro se inmate asserting inability to pay costs to file detailed list of previous pro se actions and certified copy of inmate's trust account statement).

      The affidavit and certified statement must be timely filed and meet the applicable statutory requirements. *See id.* § 14.004(a) (affidavit of actions); *id.* § 14.004(b) dispositions; *id.* § 14.004(c) (account statement).

      Appellant is advised that his appeal will be dismissed for want of prosecution if he fails to timely comply with this order. *See* TEX. R. APP. P. 42.3(c) (stating appellate court may dismiss appeal if appellant fails to comply with court order); *Douglas v. Turner*, No. 10-13-00031-CV, 2013 WL 2245653, at *2 (Tex. App.—Waco May 9, 2013, no pet.) (dismissing appeal where inmate failed to comply with Chapter 14 requirements; *cf. Amir-Sharif v. Mason*,

243 S.W.3d 854, 857 (Tex. App.—Dallas 2008, no pet.) (recognizing trial court may dismiss indigent inmate's suit without notice or hearing for failing to file previous actions affidavit).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court